UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE D. SALAMANCHA<br>    Plaintiff | CASE No. 3:02CV1900(WWE) |
| v. | |
| UCHC-CMHC<br>    Defendant | FEBRUARY 4, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance for the defendant UCHC-CMHC (University of Connecticut Health Center – Correctional Managed Health Care) in the above-captioned matter.

          DEFENDANT
          UNIVERSITY OF CONNECTICUT
            HEALTH CENTER

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

          JANE D. COMERFORD
          ASSISTANT ATTORNEY GENERAL
          UNIVERSITY OF CONNECTICUT
            HEALTH CENTER
          263 Farmington Avenue
          Farmington, CT 06030-3803
          Tel. (860) 679-1114
          Fax (860) 679-1997
          E-Mail-Comerford@adp.uchc.edu

## **CERTIFICATION**

This is to certify that on this 4th day of February, 2004 the foregoing was mailed to pro se plaintiff as follows pursuant to FRCP 5(b).

        Jane M. Salamancha, pro se
        32 Millo Drive
        Monroe, CT 06468

        _____
        Jane D. Comerford
        Assistant Attorney General