UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE D. SALAMANCHA<br>        Plaintiff | CASE No. 3:02CV1900(WWE) |
| v. | |
| UCHC-CMHC<br>        Defendant | FEBRUARY 4, 2004 |

## MOTION TO DISMISS

The defendant, University of Connecticut Health Center – Correctional Managed Health Care at Garner Correctional Institution (UCHC-CMHC @GCI), respectfully moves pursuant to F.R.C.P. 12(b) to dismiss this matter for lack of subject matter jurisdiction as well as lack of personal jurisdiction over the defendant. Finally plaintiff has failed to state a claim upon which relief can be granted. Defendant submits a Memorandum of Law in Support of this Motion.

                                            DEFENDANT
                                            UNIVERSITY OF CONNECTICUT
                                              HEALTH CENTER

                                            RICHARD BLUMENTHAL
                                            ATTORNEY GENERAL

                                            JANE D. COMERFORD
                                            ASSISTANT ATTORNEY GENERAL
                                            UNIVERSITY OF CONNECTICUT
                                              HEALTH CENTER
                                            263 Farmington Avenue
                                            Farmington, CT 06030-3803
                                            Tel. (860) 679-1114
                                            Fax (860) 679-1997
                                            E-Mail-Comerford@adp.uchc.edu

**ORDER**

The foregoing Motion to Dismiss having been presented to this Court, it is hereby

ORDERED:  GRANTED/DENIED.

_____
Judge

**CERTIFICATION**

This is to certify that on this 4th day of February, 2004 the foregoing was mailed to pro se plaintiff as follows pursuant to FRCP 5(b).

Jane M. Salamancha, pro se
32 Millo Drive
Monroe, CT 06468

_____
Jane D. Comerford
Assistant Attorney General