**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **SALAMACHA,** | : |
|     **Plaintiff** | : |
| **v.** | :    Civ.No.3:02CV1900(WWE) |
| **UCHC-CMHC, GU,** | : |
|     **Defendant.** | : |

<u>ORDER OF NOTICE TO PRO SE LITIGANT</u>

On February 5, 2004, the defendant filed a motion to dismiss in this action. Plaintiff, appearing <u>pro se</u>, has failed to file an opposition to this motion within 21 days of its filing as required by Rule 7(a) of the Local Rules of the District of Connecticut.

The court hereby gives plaintiff express notice that pursuant to Rule 7(a), "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion...."

In light of plaintiff's <u>pro se</u> status, the court will give plaintiff an additional 30 days from the date of this order to file an opposition to the pending motion. If no opposition is filed within that time period, defendants' motion will be granted. <u>See</u> <u>Ruotolo v. Internal Revenue Service</u>, 28 F.3d 6, 8 (2d Cir. 1994) (district court has obligation to make certain that <u>pro se</u> litigants are aware of and understand the consequences of failing to comply with the Local Rules).

    Accordingly, plaintiff should submit her opposition to the motion to dismiss by April 12, 2004.

    Dated this 11th day of March, 2004 at Bridgeport, Connecticut.

                                  /s/
                Warren W. Eginton, Senior U.S. District Judge