**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**SALAMACHA**                                :      **02CV1900(WWE)**
                                                   :
                                                   :
**v.**                                             :
                                                   :
**UCHC-CMHC**          _____         :

_____         **ORDER**

_____By order dated March 11, 2004, the court gave <u>pro</u> <u>se</u> plaintiff, Jane Salamacha, notice that failure to submit a memorandum in opposition to a pending motion to dismiss may be deemed sufficient cause to grant the motion.  <u>See</u> Local Rule 7(a).  The order also notified plaintiff that if no response to the motion was filed within the time period given, the motion would be granted.  <u>See</u> Local Rule 7(a).

     The court gave plaintiff until April 11, 2004, to file her response to the motion to dismiss filed by defendant [doc. #7].

     According to the docket sheet, plaintiff has not filed either a memorandum in opposition to defendants' motion to dismiss or a motion for extension of time.  Thus, defendant's motion to dismiss [doc. #7] is GRANTED.

     The clerk is instructed to close this case.

     Dated this 7th day of May, 2004 at Bridgeport, Connecticut.


_____/s/_____


Warren W. Eginton, Senior U.S. District Judge