UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANE D. SALAMANCHA

    v.                                3:02CV1900 WWE

UCHC-CMHC

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendant's motion to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on May 7, 2004, entered an Order granting the defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the complaint is dismissed.

Dated at Bridgeport, Connecticut, this 11th day of May, 2004.

                                  KEVIN F. ROWE, Clerk

                                By    /s/
                                      Chrystine W. Cody
                                      Deputy-in-Charge

Entered on Docket _____